UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:24-cv-80939-DMM/WDM

ROBIN SCHUGAR,

    Plaintiff,

v.

SOUTH UNIVERSITY OF FLORIDA -
MEMBER, LLC,
a Florida limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, ROBIN SCHUGAR, by and through her undersigned attorneys, and the Defendant, SOUTH UNIVERSITY OF FLORIDA - MEMBER, LLC, by and through its undersigned attorneys (collectively "Parties"), hereby give hereby provide notice that they have reached an agreement to settle the claims made by Plaintiff in the instant action. The Parties are in the process of preparing and executing the settlement agreement, and plan to file a joint stipulation for dismissal with prejudice once the relevant settlement paperwork is executed. Accordingly, the Parties request thirty (30) days to document and execute the settlement agreement and to submit an appropriate stipulation concluding this action.

    Dated:  January 30, 2025.

**SIGNATURES ON NEXT PAGE**

Respectfully submitted:

| | |
|---|---|
| CHRISTOPHER J. RUSH & <br>  ASSOCIATES, P.A. <br> *Counsel for Plaintiff* <br> Compson Financial Center, Suite 227 <br> 1880 North Congress Avenue <br> Boynton Beach, FL 33426 <br> 561-369-3331; 561-369-5902 (fax) <br> E-mail:  crush@crushlawfl.com <br> E-mail:  lmyers@crushlawfl.com <br><br> By      */s/ Christopher J. Rush*       <br>     Christopher J. Rush    (FBN 621706) | FISHER & PHILLIPS, LLP <br> *Counsel for Defendant* <br> 101 East Kennedy Blvd., Suite 2350 <br> Tampa, FL 33602 <br> 813-769-7500 <br> 813-769-7501 (fax) <br> E-mail:  bowens@fisherphillips.com <br> E-mail:  clmclain@fisherphillips.com <br> E-mail:  klee@fisherphillips.com <br><br> By           *Brett P. Owens*         <br>     Brett P. Owens (FBN 112677) <br><br> FISHER PHILLIPS LLP <br> *Co-Counsel for Defendant* <br> 201 East Las Olas Blvd., Suite 1700 <br> Fort Lauderdale, FL 33301 <br> 954-525-4800 <br> 954-525-8739 (fax) <br> E-mail:  sleon@fisherphillips.com <br> E-mail:  kford@fisherphillips.com <br><br> By         *Sarah Marie Leon*         <br>     Sarah Marie Leon (FBN 1011028) |