UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:24-cv-80939-DMM/WDM

ROBIN SCHUGAR,

    Plaintiff,

v.

SOUTH UNIVERSITY OF FLORIDA -
MEMBER, LLC,
a Florida limited liability company,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, ROBIN SCHUGAR, by and through her undersigned attorneys, and the Defendant, SOUTH UNIVERSITY OF FLORIDA - MEMBER, LLC, by and through its undersigned attorneys, pursuant to Fed. R. Civ. P. 41, hereby stipulate and agree as follows:

1. That all issues at dispute in the above-styled matter have been resolved.

2. Each party shall bear their owns attorney's fees and costs.

3. The above styled matter shall be dismissed with prejudice.

Dated:  February 4, 2025.

**SIGNATURES ON NEXT PAGE**

Respectfully submitted:

| | |
|---|---|
| CHRISTOPHER J. RUSH & ASSOCIATES, P.A.<br>*Counsel for Plaintiff*<br>Compson Financial Center, Suite 227<br>1880 North Congress Avenue<br>Boynton Beach, FL 33426<br>561-369-3331; 561-369-5902 (fax)<br>E-mail:  crush@crushlawfl.com<br>E-mail:  lmyers@crushlawfl.com<br><br>By____*/s/ Christopher J. Rush*_____<br>   Christopher J. Rush    (FBN 621706) | FISHER & PHILLIPS, LLP<br>*Counsel for Defendant*<br>101 East Kennedy Blvd., Suite 2350<br>Tampa, FL 33602<br>813-769-7500<br>813-769-7501 (fax)<br>E-mail:  bowens@fisherphillips.com<br>E-mail:  clmclain@fisherphillips.com<br>E-mail:  klee@fisherphillips.com<br><br>By_____*Brett P. Owens*_____<br>   Brett P. Owens (FBN 112677)<br><br><br>FISHER PHILLIPS LLP<br>*Co-Counsel for Defendant*<br>201 East Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL 33301<br>954-525-4800<br>954-525-8739 (fax)<br>E-mail:  sleon@fisherphillips.com<br>E-mail:  kford@fisherphillips.com<br><br>By_____*Sarah Marie Leon*_____<br>   Sarah Marie Leon (FBN 1011028) |