UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CV-80939-MIDDLEBROOKS

ROBIN SCHUGAR,

    Plaintiff,

v.

SOUTH UNIVERSITY OF FLORIDA –
MEMBER, LLC,
A Florida limited liability company,

    Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on February 4, 2025. (DE 27). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 6th day of February, 2025.

                                         Donald M. Middlebrooks
                                         United States District Judge

CC:    Counsel of Record